NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABDULLAH RASHEED, | No. C 09-05793 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ATTORNEY GENERAL | |
| Defendant. | (Docket No. 6) |

On December 9, 2009, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the clerk of the Court sent a notification to Plaintiff that his complaint was deficient because he had failed to file an In Forma Pauperis Application or pay the filing fee. (Docket No. 2.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days.

The deadline has since passed, and Plaintiff has neither paid the filing fee nor filed a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Rasheed05793_dism-ifpdef.wpd

| | |
|---|---|
| IT IS SO ORDERED. | |
| DATED: 3/1/10 | |
| | JEREMY FOGEL<br>United States District Judge |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

        Plaintiff,

  v.

ATTORNEY GENERAL, et al.,

        Defendants.
                                /

Case Number: CV09-05793 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/1/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Abdullah Rasheed J74120
Folsom State Prison
Represa, CA 95671-0066

Dated: 3/1/10

                                        Richard W. Wieking, Clerk