**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8            NOT FOR CITATION
9     IN THE UNITED STATES DISTRICT COURT
10    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  TAHEE ABDULLAH RASHEED,          )     No. C 09-05793 JF (PR)
                                     )
13          Plaintiff,               )     ORDER OF DISMISSAL
                                     )
14      vs.                          )
                                     )
15                                   )
                                     )
16  ATTORNEY GENERAL                 )
                                     )
17          Defendant.               )     (Docket No. 6)
    _____)
18
19          On December 9, 2009, Plaintiff, a state prisoner, filed the instant civil rights
20  action pursuant to 42 U.S.C. § 1983. On the same day, the clerk of the Court sent a
21  notification to Plaintiff that his complaint was deficient because he had failed to file
22  an In Forma Pauperis Application or pay the filing fee.  (Docket No. 2.)   The
23  notification included the warning that the case would be dismissed if Plaintiff failed
24  to respond within thirty days.
25          The deadline has since passed, and Plaintiff has neither paid the filing fee nor
26  filed a completed in forma pauperis application.  Accordingly, this case is
27  DISMISSED without prejudice for failure to pay the filing fee.
28          The Clerk shall terminate any pending motions and close the file.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Rasheed05793_dism-ifpdef.wpd

1            IT IS SO ORDERED.

2    DATED: _3/1/10_____

3                             JEREMY FOGEL
                             United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

          Plaintiff,

  v.

ATTORNEY GENERAL, et al.,

          Defendants.
_____/

Case Number: CV09-05793 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____3/1/10_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Abdullah Rasheed J74120
Folsom State Prison
Represa, CA 95671-0066

Dated: _____3/1/10_____

                        Richard W. Wieking, Clerk